# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeffrey Larson,

        Petitioner,

**ORDER**

v.                                    Civil No. 10-3920 (MJD/JSM)

St. Paul Fire and Marina,

        Respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 20, 2010. [Docket No. 3] Petitioner Larson filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record, including all transcripts filed and exhibits submitted to the Court. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated September 20, 2010 [Docket No. 3].

2. Plaintiff's Application to Proceed In Forma Pauperis [Docket No. 2] is **DENIED.**

3. Plaintiff's action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET THE JUDGMENT BE ENTERED ACCORDINGLY**

Dated: November 15, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court